UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JESSIE JAMES DAVIS,

    Plaintiff,

v.                                            3:08-cv-157

SHERIFF RON SEALS, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                        s/ Thomas W. Phillips
                                                    United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT